IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KRISTIN HILL BRASSER KUELBS
and THE IRREVOCABLE TRUST OF
KRISTIN N. KUELBS                                          PLAINTIFFS

    v.                    Civil No. 08-6110

KIMBERLY HILL, *et al.*                                    DEFENDANTS

## O R D E R

Now on this 14th day of April, 2009, there comes on for consideration, the above-styled cause. Plaintiffs filed responses to the various motions to dismiss and amended motions to dismiss filed by Defendants. However, Plaintiffs failed to address Defendants' contention that Plaintiffs lack the capacity to sue and are not authorized to bring this action due to the appointment of a guardian in Garland County Circuit Court. Plaintiffs are directed to supplement their responses by **April 27, 2009**, to address this issue, as well as any conflict raised by Donald C. Hill's representation in this matter in which he appears to be a key witness to Plaintiffs' allegations. Defendants shall have five (5) days after Plaintiffs file their supplemental responses to file any reply.

IT IS SO ORDERED this 14th day of April 2009.

                                          /s/ Robert T. Dawson
                                          Honorable Robert T. Dawson
                                          United States District Judge

AO72A
(Rev. 8/82)