IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KRISTIN HILL BRASSER KUELBS
and THE IRREVOCABLE TRUST OF
KRISTIN N. KUELBS                                        PLAINTIFFS

    v.                            Civil No. 08-6110

KIMBERLY HILL, JEFFREY HILL,
CAROL HILL, LYNN (HILL) WELK,
LAWRENCE WELK, JR.; RYAN BENSON,
AMERICAN CENTURY SERVICES, LLC.;
AMERICAN CENTURY INVESTMENTS,
RITA ABERNATHY, ANN TUTTLE and
JOHN DOES 1-10                                           DEFENDANTS

## J U D G M E N T

For reasons set forth in the Memorandum Opinion and Order, filed contemporaneously herewith, Defendants' Motions to Dismiss (Docs. 6, 8, 10, 12, 17, 25, 27, 28, 30) are **GRANTED**, and Plaintiffs' Amended Complaint is **DISMISSED**.

IT IS SO ORDERED this 17th day of June 2009.

                                          */s/ Robert T. Dawson*
                                          Honorable Robert T. Dawson
                                          United States District Judge