IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


KRISTIN HILL BRASSER KUELBS
and THE IRREVOCABLE TRUST OF
KRISTIN N. KUELBS                                    PLAINTIFFS


        v.                        Civil No. 08-6110


KIMBERLY HILL, JEFFREY HILL,
CAROL HILL, LYNN (HILL) WELK,
LAWRENCE WELK, JR.; RYAN BENSON,
AMERICAN CENTURY SERVICES, LLC.;
AMERICAN CENTURY INVESTMENTS,
RITA ABERNATHY, ANN TUTTLE and
JOHN DOES 1-10                                       DEFENDANTS


**ORDER**

     Currently before the Court are the Motion for Sanctions
against Donald Hill (Doc. 60) filed by Separate Defendants
Kimberly Hill, Jeffrey Hill, Carol Hill, Lynn Welk, Lawrence
Welk, Jr. and the Motion to Hold Donald C. Hill Personally
Liable for Excessive Attorneys' Fees Under 28 U.S.C. § 1927
(Doc. 63) filed by Separate Defendant American Century
Services, LLC.

     On July 15, 2009, Plaintiffs filed a notice of appeal in
connection with the Court's Order and Judgment dismissing this
matter (Docs. 58-59).  Accordingly, the motions are DENIED at
this time, however, the defendants may renew them following
the appeal.

AO72A
(Rev. 8/82)

IT IS SO ORDERED this 16th day of July 2009.


/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge